# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ISIAH MATTHEW FASOLD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:24-cv-339-RDP-GMB |
| **MARK MOON,** *et al.*, *Sheriff* | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on January 28, 2026, recommending: (1) that the court treat Defendants' special report as a Motion to Dismiss with respect to their argument that Plaintiff Isiah Matthew Fasold has not exhausted his administrative remedies under 42 U.S.C. § 1997e(a); (2) grant dismissal of all of Plaintiff's claims because of his failure to exhaust them *except* his claim that the broken toilet in his cell violated his Fourteenth Amendment rights; (3) treat Defendants' special report as a motion for summary judgment as to the merits of Plaintiff's one exhausted claim; and (4) grant summary judgment as to the one exhausted claim. (Doc. # 24 at 1-2, 19). Although the court advised the parties of their right to file specific written objections to the Report and Recommendation within fourteen days, the court has not received any objections.[1]

---

[1] On February 12, 2026, the court received correspondence from Plaintiff inquiring about the status of his case. (Doc. # 25 at 1). Plaintiff represented he had not received any mail from the court since the motion filed on Defendants' behalf requesting summary judgment. (Doc. # 25 at 1). However, Plaintiff dated his correspondence December 13, 2025, well before the Magistrate Judge entered his Report and Recommendation on January 28, 2026. (*See* Doc. 25 at 1). Furthermore, the Clerk of Court mailed Plaintiff a copy of the docket sheet on February 12, 2026, and Plaintiff has not notified the court that he did not receive a copy of the Report and Recommendation.

2

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that (1) Defendants' Motion to Dismiss is due to be granted as to all Plaintiff's claims except his claim about the broken toilet in his cell, and (2) Defendants' Motion for Summary Judgment is due to be granted as to Plaintiff's claim about his toilet. A final judgment will be entered.

**DONE** and **ORDERED** this February 27, 2026.

_____
**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE